AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Frank Heindel and Phil Leventis

*Plaintiff*s

v.                                                                 Civil Action No.      3:18-01887-JMC

Marci Andino, *Executive Director of the South Carolina State Election Commission*, *in her official capacity*; Billy Way, Jr., *Chair of the South Carolina State Election Commission, in his official capacity*; Mark A. Benson, Marilyn Bowers, and Nicole Spain Wright, *Members of the South Carolina State Election Commission, in their official capacity*,

*Defendant*s

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiffs shall take nothing of the Defendants and the Plaintiffs' complaint is dismissed without prejudice pursuant to Rule 12(b)(1) of the FRCP.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the defendants' motion to dismiss.

Date:   February 8, 2019                                         *CLERK OF COURT*

                                                                                              s/Angie Snipes
                                                                                   _____
                                                                                   *Signature of Clerk or Deputy Clerk*