# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| FRANK HEINDEL and PHIL LEVENTIS, ) | Civil Action No. 3:18-cv-01887-JMC |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MARCI ANDINO, Executive Director of ) | |
| the South Carolina State Election ) | **NOTICE OF APPEAL** |
| Commission, in her official capacity; ) | |
| JOHN WELLS, Chair of the South Carolina ) | |
| State Election Commission, in his official ) | |
| capacity; and CLIFFORD J. EDLER, ) | |
| AMANDA LOVEDAY, and SCOTT ) | |
| MOSELY, Members of the South Carolina ) | |
| State Election Commission, in their official ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

    Notice is hereby given that all Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order and Opinion entered in this action on February 8, 2019 (Dkt. No. 55).

                                                                  Respectfully submitted,

                                                                   s/ Marcus A. Manos
                                                                   Marcus A. Manos (Fed. ID No. 4828)
                                                                   Victoria L. Eslinger (Fed. ID No. 738)
                                                                   NEXSEN PRUET, LLC
                                                                   1230 Main Street, Suite 700 (29201)
                                                                   Post Office Drawer 2426
                                                                   Columbia, South Carolina 29202
                                                                   Telephone: 803.771.8900
                                                                   VEslinger@nexsenpruet.com
                                                                   MManos@nexsenpruet.com

        Laurence M. Schwartztol (admitted *pro hac vice*)
        PROTECT DEMOCRACY PROJECT, INC.
        10 Ware Street
        Cambridge, Massachusetts 02138
        Telephone: 202.579.4582
        larry.schwarztol@protectdemocracy.org

        Anne H. Tindall (admitted *pro hac vice*)
        Jamila Benkato (admitted *pro hac vice*)
        PROTECT DEMOCRACY PROJECT, INC.
        2020 Pennsylvania Avenue, NW, Suite #163
        Washington, D.C. 20006
        Telephone: 202.579.4582
        anne.tindall@protectdemocracy.org
        jamila.benkato@protectdemocracy.org

        Jessica Marsden (admitted *pro hac vice*)
        PROTECT DEMOCRACY PROJECT, INC.
        510 Meadowmont Village Circle, No. 328
        Chapel Hill, North Carolina 27517
        Telephone: 202.579.4582
        jess.marsden@protectdemocracy.org

        David S. Frankel (admitted *pro hac vice*)
        Samantha V. Ettari (admitted *pro hac vice*)
        Harry P. Morgenthau (admitted *pro hac vice*)
        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Telephone: 212.715.9100
        dfrankel@kramerlevin.com
        settari@kramerlevin.com
        hmorgenthau@kramerlevin.com

        Nancy Gertner (admitted *pro hac vice*)
        FICK & MARX LLP
        100 Franklin Street, 7th Floor
        Boston, Massachusetts 02110
        Telephone: 857.321.8360
        ngertner@fickmarx.com

February 22, 2019        **ATTORNEYS FOR THE PLAINTIFFS**